| | |
|---|---|
| 1  PHILLIP A. TALBERT<br>Acting United States Attorney<br>2  DAVID W. SPENCER<br>Assistant United States Attorney<br>3  501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>4  Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900<br>5<br>6  Attorneys for Plaintiff<br>United States of America | **FILED**<br>Aug 31, 2021<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>**SEALED** |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING:<br><br>Tiger Self Storage #3, 8530 Gerber Road, Unit 125, Sacramento, California 95828 | CASE NO. 2:21-sw-0691 CKD<br><br>ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: August 31, 2021

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE