PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

Jan 13, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | [PROPOSED] ORDER TO UN-SEAL SEARCH WARRANT |
|---|---|
| Tiger Self Storage #3, 8530 Gerber Road, Unit 125, Sacramento, California 95828 | 2:21-SW-691-CKD |

**<u>ORDER</u>**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED THAT that the file in the above-captioned matter be unsealed.

Dated:   January 13, 2022

The Honorable Jeremy D. Peterson
UNITED STATES MAGISTRATE JUDGE

1